MARGARET HUMMEL v. HERBERT BLOOM, M.D.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY HARRISON.

September 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 220)

STATE OF NEW JERSEY v. ALBERTO FELL.

September 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD EDWARDS.

September 12, 1977. Petition for certification denied.

FRANK BOGACSI v. M. & T. CHEMICALS, INC.

September 12, 1977. Petition for certification denied.

IN THE MATTER OF THE BOARD OF EDUCATION OF THE CITY OF ENGLEWOOD v. ENGLEWOOD TEACHERS' ASSOCIATION.

September 12, 1977. Petition for certification denied. (See 150 *N. J. Super.* 265)